UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNDA ALDERSON, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, a Delaware corporation,<br><br>        Defendant. | No.: 2:18-cv-01711-RSM<br><br>ORDER GRANTING THIRD STIPULATED MOTION FOR ORDER TO CONTINUE DISCOVERY RELATED CASE DATES |

This matter came before the Court on the parties' Third Stipulated Motion for Order to Continue Case Dates. The Court has reviewed and considered the files and pleadings in this case and:

ACCORDINGLY, the Court hereby ORDERS that the Third Stipulated Motion for Order to Continue Case Dates is GRANTED.

ORDER GRANTING THIRD STIPULATED MOTION FOR ORDER TO CONTINUE DISCOVERY RELATED CASE DATES
(NO. 2:18-CV-01711-RSM) - 1

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

The Court enters the following revisions to the case schedule:

| DEADLINE | Current Deadline | New Deadline |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 14, 2019 | December 16, 2019 |
| Deadline for filing motions related to discovery. | October 28, 2019 | December 27, 2019 |
| Discovery completed by | November 12, 2019 | January 13, 2020 |
| Dispositive Motion Deadline | December 10, 2019 | February 6, 2020 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties**, held no later than | December 27, 2019 | February 28, 2020 |
| All motions in limine must be filed by | January 13, 2020 | March 10, 2020 |
| Agreed pretrial order | January 29, 2020 | March 31, 2020 |
| Trial Briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | February 5, 2020 | April 15, 2020 |
| Trial | February 10, 2020 | April 20, 2020 |

DATED this 9th day of October 2019.

```
                          [signature]
                          _____
                          RICARDO S. MARTINEZ
                          CHIEF UNITED STATES DISTRICT JUDGE
```

ORDER GRANTING THIRD STIPULATED MOTION FOR ORDER
TO CONTINUE DISCOVERY RELATED CASE DATES
(NO. 2:18-CV-01711-RSM) - 2

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000

Presented by:

| | |
|---|---|
| EMERALD LAW GROUP<br>Attorneys for Plaintiff | MILLS MEYERS SWARTLING P.S.<br>Attorneys for JetBlue Airways Corporation |
| By: */s/Justin Dale per email authority*<br>　Justin Dale<br>　WSBA No. 36061<br>　Michael Gustafson<br>　WSBA No. 35666 | By: */s/Samantha Pitsch*<br>　Caryn Geraghty Jorgensen<br>　WSBA No. 27514<br>　John Fetters<br>　WSBA No. 40800<br>　Samantha Pitsch<br>　WSBA No. 54190 |

ORDER GRANTING THIRD STIPULATED MOTION FOR ORDER
TO CONTINUE DISCOVERY RELATED CASE DATES
(NO. 2:18-CV-01711-RSM) - 3

**STOKES LAWRENCE, P.S.**
1420 FIFTH AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-2393
(206) 626-6000